United States District Court
Southern District of Texas
**ENTERED**
September 21, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Melvin Wade, | § § | |
| V. | § § | CIVIL ACTION NO. H-17-2776 |
| Wal-Mart Stores Texas, LLC, | § § § | |

### RECUSAL ORDER

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Any court settings are vacated.

Signed on the __19__ day of September, 2017.

DAVID HITTNER
United States District Judge