UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
November 01, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Melvin Wade § | |
|    *Plaintiff,* § | |
| § | |
| V. § | Civil Action 4:17–cv–02776 |
| § | |
| Wal–Mart Stores Texas, LLC § | |
|    *Defendant.* § | |

## SCHEDULING ORDER

1. **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND JOIN NEW PARTIES** will be filed by: **January 6, 2018**
   Party requesting joinder will furnish copy of this Scheduling Order to new parties.

2. **EXPERT WITNESSES** for the **plaintiff** will be named and a report of the experts's opinion furnished by: **January 31, 2018**

3. **EXPERT WITNESSES** for the **defendant** will be named and a report of the expert's opinion furnished by: **March 31, 2018**

4. **DISCOVERY** must be completed by: **May 23, 2018**
   Counsel may, by agreement, continue discovery beyond the deadline, but no continuance will be granted because of information acquired in post–deadline discovery.

5. **DISPOSITIVE MOTIONS** will be filed and served by: **July 10, 2018**

6. **NON–DISPOSITIVE MOTIONS** will be filed by: **July 10, 2018**

7. **JOINT PRETRIAL ORDER** will be filed by: **September 11, 2018**
   Plaintiff is responsible for filing the Pretrial Order on time.

8. **DOCKET CALL** is set for 01:30 PM **September 21, 2018**

9. **TRIAL** is set for the two weeks starting: **September 24, 2018**

Signed at Houston, Texas on November 1, 2017.

_____
Melinda Harmon
United States District Judge