UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Melvin Wade | § | |
| | § | |
| *versus* | § | Case Number: 4:17−cv−02776 |
| | § | |
| Wal−Mart Stores Texas, LLC | § | |

## Notice of Reassignment

     Pursuant to General Order No. 2018−10, this case is reassigned to the docket of United States District Judge Andrew S Hanen. Deadlines in scheduling orders remain in effect

Date: July 13, 2018

David J. Bradley, Clerk